Barry G. Margolis (BM 1841)
Eric B. Post (EP 6997)
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
1430 Broadway, 17th Floor
New York, NY 10018
Telephone: (212) 201-1170
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
BRIAN C. EATON,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                        Plaintiff,

      -against-

ADVANCED CALL CENTER TECHNOLOGIES, LLC,

                        Defendant.

---------------------------------------------------------------------x

Civil Action No.
2:17-cv-4050

Removed from:

Supreme Court of the
State of New York,
County of Suffolk

Index No.
610709/2017

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that defendant Advanced Call Center Technologies, LLC ("Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the above-captioned action, and all claims and causes of action therein, from the Supreme Court of the State of New York, County of Suffolk to the United States District Court for the Eastern District of New York.

As grounds for removal, the Defendant states as follows:

1. On June 7, 2017, plaintiff Brian C. Eaton ("Plaintiff"), on behalf of himself and all others similarly situated, filed an action against Defendant in the Supreme Court of the State of New York, County of Suffolk (the "State Court Action"). The State Court Action was assigned index number 610709/2017.

2. The action was commenced by the filing of a Summons with Notice. No complaint has been filed.

3. A copy of the Summons with Notice is attached hereto as Exhibit A.

4. Although the exact date of receipt by Defendant of the Summons with Notice is not known, and Plaintiff has not filed an affidavit of service, the Summons with Notice was received, if at all, no earlier than June 7, 2017, the day it was filed.

5. According to the Summons with Notice, Plaintiff seeks "damages for violations of 15 USC 1692 et seq." in the amount of $501,000.00 and other relief.

6. Removal is appropriate because this Court has federal question jurisdiction pursuant to 28 U.S.C. §1331.

7. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly serve a copy of the Notice of Removal upon Plaintiff's counsel and file with the Clerk of the Supreme Court of the State of New York, County of Suffolk, a Notice of Filing of Notice of Removal.

8. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, the Defendant removes this action in its entirety from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York.

Dated:  July 7, 2017

        ABRAMS GARFINKEL
         MARGOLIS BERGSON, LLP

        By: s/*Barry G. Margolis*
           Barry G. Margolis (BM 1841)
           Eric B. Post (EP 6997)
        1430 Broadway, 17th Floor
        New York, New York 10018
        (212) 201-1170
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Barry G. Margolis, hereby certify that on the date set forth below, I caused to be served a true and correct copy of the foregoing Notice of Removal, with Exhibit A, upon counsel for the Plaintiff by first class mail, postage prepaid, at the address set forth below and by filing it in the State Court Action referenced therein via the New York State Courts Electronic Filing System (NYSCEF):

Mitchell L. Pashkin, Esq.
775 Park Avenue, Ste. 255
Huntington, New York 11743
631-335-1107
*Attorneys for Plaintiff*

Dated: New York, New York
         July 7, 2017

                                            s/*Barry G. Margolis*
                                            Barry G. Margolis